Under the circumstances, we affirm those portions of the judgments annulling the State's adoption and application of the 1987 Adjustment to petitioners' reimbursement rates for the years 1987-1991 upon the ground that the State failed to submit adequate findings and assurances and directing that the reimbursement rates for each petitioner be recalculated without the 1987 Adjustment and that petitioners be reimbursed for any difference in the recalculated rates *(see, New York State Assn. of Counties v Axelrod,* 78 NY2d 158; *New York State Assn. of Counties v Axelrod,* 191 AD2d 132). Because it was unnecessary for Supreme Court to reach the issue whether, as a matter of State law, the 1987 Adjustment lacked a rational basis, each judgment is modified by deleting the second decretal paragraph thereof. (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of AVON NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 2.) [601 NYS2d 884] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of BRIODY NURSING HOME, Respondent, v LORETTA MCBARNETTE, as Acting Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 3.) [601 NYS2d 885] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of CONESUS LAKE NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health Of the State of New York, et al., Appellants. (Appeal No. 4.) [601 NYS2d 885] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of

Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of CONESUS LAKE NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 5.) [601 NYS2d 885] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of ELM MANOR NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 6.) [601 NYS2d 886] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of HURLBUT NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 7.) [601 NYS2d 886] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of MANOR OAK SKILLED NURSING FACILITY et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 8.) [601 NYS2d 887] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of NEWARK MANOR NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of